ACCEPTED
04-15-00473-CV
FOURTH COURT OF APPEALS
SAN ANTONIO, TEXAS
12/3/2015 3:53:01 PM
KEITH HOTTLE
CLERK

## NO. 04-15-00473-CV

## IN THE FOURTH COURT OF APPEALS
## SAN ANTONIO, TEXAS

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS
12/3/2015 3:53:01 PM
KEITH E. HOTTLE
Clerk

_____

## TEXAS DEPARTMENT OF INSURANCE - DIVISION OF WORKERS' COMPENSATION and COMMISSIONER RYAN BRANNAN, IN HIS OFFICIAL CAPACITY,
*Appellants*,

**v.**

## DALE BRUMFIELD,
*Appellee*.

_____

## On Appeal from the 288th Judicial District Court, Cause No. 2015CI07374

_____

## APPELLANTS TEXAS DEPARTMENT OF INSURANCE - DIVISION OF WORKERS' COMPENSATION AND COMMISSIONER BRANNAN'S UNOPPOSED MOTION TO EXTEND TIME TO FILE REPLY BRIEF

_____

TO THE HONORABLE JUSTICES OF THE FOURTH COURT OF APPEALS:

Appellants the Texas Department of Insurance - Division of Workers' Compensation and Commissioner Ryan Brannan respectfully move this Court for an extension of the deadline for filing their reply brief. In support, Appellants show the Court as follows:

1. Appellants' reply brief is currently due on December 9, 2015. Appellants request a thirty day extension of their briefing deadline.

2. Appellants request an extension of time based on Appellants' counsel's current caseload and holiday schedule. Appellants also request the extension based upon the need to fully address the complex issues and briefing of this case.

3. Appellants move for this extension not to delay proceedings but to allow their counsel sufficient time to adequately prepare and file a reply brief that fully addresses the issues raised by Mr. Brumfield in his response.

4. Appellants' counsel conferred with counsel for Appellee about this motion. The requested extension is not opposed.

Accordingly, Appellants respectfully request an extension of time up to and including Friday, January 8, 2016 to file and serve their reply brief.

Dated: December 3, 2015.

Respectfully submitted,

KEN PAXTON
Attorney General of Texas

CHARLES E. ROY
First Assistant Attorney General

JAMES E. DAVIS
Deputy Attorney General for Civil Litigation

DAVID A. TALBOT, JR.
Chief, Administrative Law Division


*/s/ Harold J. Liller*
HAROLD J. LILLER
State Bar No. 24029689
Assistant Attorney General
Administrative Law Division
OFFICE OF THE TEXAS ATTORNEY GENERAL
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548
Telephone:   (512) 475-4300
Facsimile:      (512) 320-0167
harold.liller@texasattorneygeneral.gov

*Counsel for Appellees Texas Department of Insurance - Division of Workers' Compensation and Commissioner Ryan Brannan*

3

## CERTIFICATE OF CONFERENCE

On December 3, 2015 counsel for Appellants conferred with counsel for Appellee about the contents of this motion, and Appellee's counsel stated he is unopposed to the requested extension.

/s/ Harold J. Liller
HAROLD J. LILLER
Assistant Attorney General

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and forgoing document has been served by facsimile on this date, the 3rd day of December, 2015, on the following:

Bradley Dean McClellan
State Bar No. 13395980
Of Counsel, THE LAW OFFICES OF RICHARD PENA, P.C.
1701 Director's Blvd., Suite 110
Austin, Texas 78744
Facsimile: (512) 327-8354
Email: Brad.McClellan@yahoo.com
*Counsel for Appellee Dale Brumfield*

/s/ Harold J. Liller
HAROLD J. LILLER
Assistant Attorney General